1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8   In re.                                No. C 11-4204 SI (pr)
                                          No. C 11-4205 SI (pr)
9   LARRY LIONEL WHITE,                   No. C 11-4206 SI (pr)

10              Petitioner.               **JUDGMENT**

11  _____/

12

13        These actions are dismissed.

14

15        IT IS SO ORDERED AND ADJUDGED.

16

17  DATED: October 28, 2011              _____
                                                SUSAN ILLSTON
18                                        United States District Judge

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California