UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.  
LARRY LIONEL WHITE,  
    Petitioner.  
_____/

No. C 11-4204 SI (pr)  
No. C 11-4205 SI (pr)  
No. C 11-4206 SI (pr)

**JUDGMENT**

These actions are dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 28, 2011

SUSAN ILLSTON  
United States District Judge